UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HERMAN FESSEHAI,<br><br>    Defendant. | Case No. CR16-242RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." Dkt. # 6. Having considered the parties' memoranda, the input of United States Probation, and the remainder of the record, the Court DENIES defendant's motion.

Defendant Herman Fessehai pleaded guilty to illegal possession of access devices in violation of 18 U.S.C. § 1029(a)(3), and was sentenced to a term of 27 months' imprisonment and three years of supervised release. Until recently Mr. Fessehai satisfactorily complied with the terms of his supervised release. After a recent authorized trip out of state, however, he tested positive for oxycodone and admitted to his Probation Officer to having used the substance without a valid prescription in violation of the terms of his supervised release. See Dkt. # 9.

Under 18 U.S.C. § 3583(e), the Court may, after considering a subset of sentencing factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release after at least one year "if it is satisfied that such action is warranted by the conduct of the defendant released and

the interest of justice." 18 U.S.C. § 3583(e)(1). When deciding whether to terminate supervised release, the Court "enjoys discretion to consider a wide range of circumstances." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014).

The Court concludes Mr. Fessehai's situation does not warrant early termination of his supervised release given his recent positive test for oxycodone. For that reason, defendant's motion, Dkt. # 6, is DENIED.

DATED this 27th day of March, 2018.

*[signature: MM S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE - 2